## SECURITY–FIRST NATIONAL BANK OF LOS ANGELES, and C. H. Holliday, Executors of the Estate of Henry E. Huntington, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 8787.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1938.

Ward Loveless and Robert H. Miller, both of Washington, D. C., and Elmo H. Conley and Joseph D. Peeler, both of Los Angeles, Cal., for petitioners.

James W. Morris, Asst. Atty. Gen., Dept. of Justice, and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of petitioners, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

## Louis RAPPAPORT v. UNITED STATES of America.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1938.

George S. Fitzgerald, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed for want of prosecution, the costs to be charged against the government as constructive earnings.